STANLEY M. ISAACS, as Receiver of MARIA A. VIGORITO, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.

*Vigorito* v. *N. Y. Life Ins. Co.*, 175 App. Div. 986, affirmed.
(Argued May 6, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of life insurance. The defendant denied any liability under the policy and set up in its answer as a defense that after lapse of the policy, without further value, it was induced to reinstate the policy upon written application therefor by the insured and in reliance upon the truth of certain false and fraudulent answers and representations therein, to the effect that he had not, since the date of the policy, had any illnesses and had not consulted or been treated by any physicians and was then in good health, and that upon the discovery of the true facts after the death of the insured it notified the plaintiff of the rescission of the contract of reinstatement and tendered to her the return of a premium lien note of seventy-four dollars and thirteen cents given in connection with the application for reinstatement, in settlement of the premium in default and the next succeeding premium, and that the plaintiff received and accepted said note and thereafter retained the same.

*Louis H. Cooke* and *James H. McIntosh* for appellant.
*John J. Cunneen* and *Ashton Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.